IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS CARDENAS PORTUGAL,<br><br>Defendant. | **8:25CR115**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 203). The Court has carefully reviewed the record in this case and finds as follows:

1. Jury trial for the defendant Juan Carlos Cardenas Portugal ("Cardenas Portugal") began on August 24, 2026 (Filing No. 173).

2. During the jury trial, Cardenas Portugal's counsel advised the Court that Cardenas Portugal waived any claim and/or interest to the assets listed in the Forfeiture Allegation of the Indictment.

3. On August 26, 2026, the jury found Cardenas Portugal guilty as to Counts I and II of the Indictment (Filing No. 176).

4. Count I of the Indictment charged Cardenas Portugal with conspiracy to possess with intent to distribute more than 50 grams of methamphetamine (actual), in violation of 21 U.S.C. § 846.

5. Count II of the Indictment charged Cardenas Portugal with distribution of more than 50 grams of methamphetamine (actual), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1).

6. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $890 in United States currency, as property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

7. Based on the verdict of guilty and Cardenas Portugal's waiver of any claim and/or interest, Cardenas Portugal forfeits his interest in the $890 in United States currency, and the government is entitled to possession of any interest Cardenas Portugal has in the $890 in United States currency, pursuant to 21 U.S.C. § 853.

8. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 203) is granted.

2. Based upon the Forfeiture Allegation of the Indictment, the verdict of guilty and defendant's waiver of any claim and/or interest, the government is hereby authorized to seize the $890 in United States currency.

3. Cardenas Portugal's interest in the $890 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $890 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the $890 in United States currency, in such manner as the Attorney General may direct, and notice that any person, other than Cardenas Portugal, having or claiming a legal interest in the $890 in United States currency, must file a Petition with

the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $890 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $890 in United States currency, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $890 in United States currency, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 24th day of November 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge